IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01519-BNB

JOHN WAYNE BELKNAP,

    Plaintiff,

v.

EMILY BOND, Warden, and
GREG HEAVERLO, CMRC Unit Manager 2-B,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 6 2011

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

    Plaintiff, John Wayne Belknap, is a prisoner in the custody of the Colorado Department of Corrections (DOC) who currently is incarcerated at the Cheyenne Mountain Re-Entry Center in Colorado Springs, Colorado. He initiated this action by filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 with the Court on June 10, 2011. He filed an Amended Complaint on June 21, 2011. He has been granted leave to proceed *in forma pauperis* without payment of an initial partial filing fee.

    On August 17, 2011, Magistrate Judge Craig B. Shaffer determined that the amended complaint was deficient because Mr. Belknap failed to identify all of the named parties who participated in the alleged violation of his constitutional rights. Therefore, Mr. Belknap was directed to file a second amended complaint. Mr. Belknap was warned that the action would be dismissed without further notice if he failed to file a second amended pleading within thirty days.

Mr. Belknap has failed to file a second amended complaint, as directed by Magistrate Judge Shaffer, and has not communicated with the Court since August 9, 2011. As a result, he has failed to file an amended pleading within the time allowed. Therefore, the amended complaint and action will be dismissed without prejudice. Accordingly, it is

ORDERED that the amended complaint and this action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to file an amended pleading within the time allowed. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __26th__ day of ___September___, 2011.

BY THE COURT:

___s/Lewis T. Babcock___
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01519-BNB

John Wayne Belknap
Prisoner No. 120568
Cheyenne Mountain Re-Entry Center
2925 E Las Vegas St
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on September 26, 2011.

                                      GREGORY C. LANGHAM, CLERK

                                      By: _____
                                                  Deputy Clerk